IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ME2 PRODUCTIONS, INC. ) | |
| ) | Case No.: 17-cv-3914 |
| Plaintiff, ) | |
| ) | Judge Robert W. Gettleman |
| v. ) | |
| ) | |
| DOES 1-25, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL REMAINING DOE DEFENDANTS

Plaintiff, ME2 Productions, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against all of the Doe Defendants remaining in this action. Each party shall bear its own attorney's fees and costs.

The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Dated: December 6, 2017

Respectfully submitted,

ME2 PRODUCTIONS, INC.

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
ME2 Productions, Inc.

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of All Remaining Doe Defendants was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 6, 2017.

                                                      s/Michael A. Hierl