## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Me2 Productions, Inc.

        Plaintiff,

v.                Case No.: 1:17−cv−03914
                  Honorable Robert W. Gettleman

Does 1−25, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 7, 2017:

  MINUTE entry before the Honorable Robert W. Gettleman: This action is voluntarily dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), each party to bear its own attorney's fees and costs. Status hearing set for 12/7/2017 is stricken. Civil case terminated. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.